UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANKIE COLOTTO, II, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-01981-GMN-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DETECTIVE TULLIO PANDULLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Frankie Colotto, II, who is incarcerated at the Clark County Detention Center, submitted initiating documents to the Court on October 13, 2015, which include an executed financial certificate and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) Given that Plaintiff submitted a financial certificate and did not pay a filing fee, the Court understands Plaintiff to be attempting to request permission to proceed *in forma pauperis*.

Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. Plaintiff has submitted an executed financial certificate, but he has not submitted an application to proceed *in forma pauperis* or an inmate account statement for the past six months. The Court therefore will deny Plaintiff's application to proceed *in forma pauperis* without prejudice. Plaintiff must cure the deficiencies of his application to proceed *in forma*

*pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, then Plaintiff must file a complete application including all of the documents referenced in this Order. Plaintiff is advised that if he has been incarcerated at the Clark County Detention Center for fewer than six months, then he must submit an inmate account statement for the period he has been incarcerated.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a blank application to proceed *in forma pauperis* by a prisoner as well as the document titled "Information and Instructions for Filing a Motion for Leave to Proceed *In Forma Pauperis*."

IT IS FURTHER ORDERED that within 30 days of the date of this Order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: October 16, 2015

C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

2