# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANKIE COLOTTO, II,

        Plaintiff,

vs.

DETECTIVE TULLIO PANDULLO et al.,

        Defendants.

Case No. 2:15-cv-01981-GMN-CWH

**REPORT & RECOMMENDATION**

On May 17, 2017, the court entered an order requiring Plaintiff Frankie Colotto to file an updated application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 4).) Plaintiff's deadline for doing so was June 16, 2017. (*Id.*) Plaintiff was advised that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.*) Plaintiff has not taken any action in this case since the court's order dated May 17, 2017, and he therefore appears to have abandoned this case. Additionally, the court's order (ECF No. 4) was returned as undeliverable (*see* ECF No. 5), and Plaintiff has not filed a notice of change of address as required by Local Rule IA 3-1 and Local Special Rule 2-2, which is an independent grounds for dismissal under the court's local rules.

IT IS THEREFORE RECOMMENDED that Plaintiff Frankie Colotto's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may

waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 21, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**